IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 4:13-CR-3130 |
| vs. | ORDER |
| JOSUE ZAMORA QUINTERO, | |
| Defendant. | |

     The defendant has filed a motion to reduce sentence (filing 451) seeking relief under U.S.S.G. Amend. 782. The defendant's motion will be held in abeyance pursuant to General Order No. 2014-09, awaiting the completion of a retroactive sentencing worksheet by the United States Probation Office. The Court understands that the defendant is, no doubt, anxious to learn whether his sentence will be reduced, and by how many months. But General Order No. 2014-09 was entered in no less than 605 different cases in Nebraska, so some patience may be required.

     The defendant has also filed a motion for appointment of counsel (filing 452). The Court will deny the motion because it is moot: the Federal Public Defender has *already* been appointed to represent the defendant with respect to any sentence reduction available pursuant to Amendment 782 to the Sentencing Guidelines. *See*, General Order No. 2014-06; General Order No. 2014-09. Pursuant to General Order No. 2014-09, the Federal Public Defender will file a motion when the matter is ready for progression.

     IT IS ORDERED:

    1.    The defendant's motion to reduce sentence (filing 451) will be held in abeyance.

    2.    The defendant's motion for appointment of counsel (filing 452) is denied as moot.

    3.    The Clerk of the Court shall give notice of this order to the defendant, the Supervisory United States Probation Officer who handles presentence reports, and all counsel.

Dated this 9th day of October, 2015.

BY THE COURT:

*John M. Gerrard*
John M. Gerrard
United States District Judge