## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 4:13-CR-3130 |
| vs. | |
| JOSUE ZAMORA QUINTERO | ORDER |
| Defendant. | |

This matter is before the Court on the defendant's pro se motion (filing 451) for a sentence reduction pursuant to 18 U.S.C. § 3582(c)(2), U.S.S.G. § 1B1.10, and U.S.S.G. § app. C, amend. 782. The defendant's motion will be denied because he has already received the benefit of Amendment 782.

The defendant was sentenced on May 2, 2014, and the Court sustained the parties' motion for a two-level decrease, pursuant to Justice Department policy, during the interim period before Amendment 782 became fully effective. *See* filing 244 at 3. As part of that motion, the defendant stipulated that he would seek no further decrease. *See* filing 238. And, having already received the benefit of the two-level reduction contemplated by Amendment 782, he is entitled to no further decrease.

IT IS ORDERED:

1.    The defendant's pro se motion for a sentence reduction (filing 451) is denied.

2.    The Clerk of the Court shall provide notice of this order to the defendant at his last known address.

Dated this 3rd day of January, 2017.

BY THE COURT:

John M. Gerrard
United States District Judge